Ithamar W. FENERSON,
Movant/Appellant,

v.

STATE of Missouri,
Respondent/Respondent.

No. 64896.

Missouri Court of Appeals,
Eastern District,
Division One.

June 21, 1994.

Motion for Rehearing and/or Transfer to
Supreme Court Denied Aug. 11, 1994.

Application to Transfer Denied
Sept. 20, 1994.

David C. Hemingway, Asst. Public Defender, St. Louis, for appellant.

Jeremiah W. (Jay) Nixon, Atty. Gen., Joane E. Beal Asst. Atty. Gen., Jefferson City, for respondent.

Before CRANDALL, P.J., and
REINHARD and CRIST, JJ.

*ORDER*

PER CURIAM.

Movant appeals the denial of his Rule 24.-035 motion without an evidentiary hearing. We affirm. The findings and conclusions of the motion court are not clearly erroneous, and an extended opinion would have no precedential value. Rule 84.16(b).

■

Linda S. GIVINS, Petitioner/Appellant,

v.

CITY OF PINE LAWN, et al.,
Defendants/Respondents.

No. 65212.

Missouri Court of Appeals,
Eastern District,
Division Two.

June 21, 1994.

Motion for Rehearing and/or Transfer to
Supreme Court Denied July 28, 1994.

Application to Transfer Denied
Sept. 20, 1994.

Howard Paperner, Clayton, for appellant.

Rodolfo Rivera, Clayton, for respondents.

Before CRANE, P.J., and KAROHL and CRAHAN, JJ.

*ORDER*

PER CURIAM.

Linda S. Givins appeals from the judgment of the Circuit Court of St. Louis County affirming her removal as the Mayor of the City of Pine Lawn by the Pine Lawn Board of Alderman pursuant to § 79.240 RSMo. 1986. We find that there was competent and substantial evidence on the record as a whole to support the board's decision and that an opinion would have no precedential value. Therefore, the judgment is affirmed in accordance with Rule 84.16(b).